# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY BANTA, | ) |
| | ) |
| Plaintiff, | )   2:13-cv-00222-JCM-PAL |
| | ) |
| vs. | ) |
| | )   **ORDER** |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

   Plaintiff, who is proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's civil rights complaint concerns allegations of mistreatment at a detention facility in Tucson, Arizona.

   The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

   In this case, none of the defendants reside in this district. The claim arose in Pima County,

Arizona, which is within the District of Arizona.  Therefore, plaintiff's claim should have been filed in the Tucson Division of the United States District Court for the District of Arizona.  In the interests of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

   **IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of Arizona, Tucson Division.

   **IT IS FURTHER ORDERED** that plaintiff shall file all future papers and pleadings with the United States District Court for the District of Arizona, Tucson Division, at the Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Suite 1500, Tucson, AZ 85701-5010, unless otherwise directed by the court.

   **IT IS FURTHER ORDERED** that plaintiff shall file no further papers or pleadings in this action in this United States District Court for the District of Nevada.

   Dated March 1, 2013.

   _____
   UNITED STATES DISTRICT JUDGE

2